No. 916. WATKINS PRODUCTS, INC., FORMERLY KNOWN AS J. R. WATKINS CO., *v.* SUNWAY FRUIT PRODUCTS, INC. C. A. 7th Cir. Certiorari denied. *Theodore W. Miller* for petitioner.

No. 918. PARTENWEEDEREI ET AL. *v.* BRADY-HAMILTON STEVEDORE CO. C. A. 9th Cir. Certiorari denied. *Erskine B. Wood* and *Graydon S. Staring* for petitioners. *Alfred A. Hampson* for respondent.

No. 919. PURNELL *v.* MISSOURI PACIFIC RAILROAD CO. Supreme Court of Arkansas. Certiorari denied. *Griffin Smith* for petitioner.

No. 832. BEATRICE FOODS CO. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *George B. Christensen* for petitioner. *Solicitor General Cox, Assistant Attorney General Loevinger* and *Robert B. Hummel* for the United States.

No. 906. ATLAS *v.* EASTERN AIRLINES, INC., ET AL. C. A. 1st Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted because of the denial of a jury trial. *Joseph Zallen* for petitioner. *Robert B. Russell* for respondents.

No. 631, Misc. WEINSTEIN *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Edward S. Silver* and *Aaron Nussbaum* for respondent.